**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**LEWIS T. BABCOCK, JUDGE**

Criminal Case No. 10-cr-00442-LTB

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. CHESTON FOSTER,

Defendant.

---

**MINUTE ORDER**

---

BY ORDER OF JUDGE LEWIS T. BABCOCK

This will confirm that a sentencing hearing regarding Defendant Foster is s**et Friday, December 3, 2010 at 9:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Defendant must be present.

Dated: November 24, 2010

---